IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01798-PSF-PAC

BRAD E. PRITCHARD,

      Plaintiff,

v.

VOLUNTARY PLAN ADMINISTRATORS, INC., d/b/a VPA;
AGILENT TECHNOLOGIES, INC. INCOME PROTECTION PLAN; and
AGILENT TECHNOLOGIES, INC.,

      Defendants.

---

## ORDER GRANTING TELEPHONIC APPEARANCE AT SCHEDULING CONFERENCE

---

      The parties' Joint Motion for Telephonic Appearance at Scheduling Conference (Dkt. # 7) is GRANTED.  Defendants' lead counsel, Nicole A. Diller, is directed to call chambers (303-335-2174) **no later than 1:25 p.m. (MST) on November 4, 2005** in order to participate in the conference by telephone.  Ms. Diller is further directed to use a **land line – cellular, cordless or speaker phones are unacceptable.**

      IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order filed in chambers may be <u>denied without prejudice</u>.  The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding

compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: October 14, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge