**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Phillip S. Figa**

Civil Action Number 05-cv-01798-PSF-PAC

BRAD E. PRITCHARD

    Plaintiff,

v.

VOLUNTARY PLAN ADMINISTRATORS, INC., d/b/a VPA,
the AGILENT TECHNOLOGIES, INC. INCOME PROTECTION PLAN, and
AGILENT TECHNOLOGIES, INC.,

    Defendants.
_____

**ORDER ON PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**
_____

This matter comes before the Court on Plaintiff's Motion to Amend the Complaint **(Doc. # 17)**. The Court has reviewed the file, plaintiff's motion and any response filed and has been duly advised. It is hereby

ORDERED that Plaintiff's Motion to Amend the Complaint **(Doc. #17)** is GRANTED and the Amended Complaint tendered with Plaintiff's Motion to Amend the Complaint is deemed filed. It is further

ORDERED that defendants shall file a responsive pleading within 20 days of this Order.

DATED: November 21, 2005.

    BY THE COURT:

    *s/ Phillip S. Figa*
    Phillip S. Figa
    United States District Judge