IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01798-PSF-PAC

BRAD E. PRITCHARD,

      Plaintiff,

v.

VOLUNTARY PLAN ADMINISTRATORS, INC., d/b/a VPA;
AGILENT TECHNOLOGIES, INC. INCOME PROTECTION PLAN; and
AGILENT TECHNOLOGIES, INC.,

      Defendants.

## ORDER GRANTING EXTENSION OF TIME TO FILE

Counsel's verbal request for modification of the briefing schedule in this matter is GRANTED. The parties shall have to and including January 23, 2006 within which to file the administrative record in this matter.

DATED: January 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge