IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01798-PSF-PAC

BRAD E. PRITCHARD,

    Plaintiff,

v.

VOLUNTARY PLAN ADMINISTRATORS, INC., d/b/a VPA;
AGILENT TECHNOLOGIES, INC. INCOME PROTECTION PLAN; and
AGILENT TECHNOLOGIES, INC.,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

This matter is before the Court on the parties' Stipulation for Administrative Closure (Dkt. # 27). Good cause having been shown, the parties' stipulation is hereby approved. It is, therefore,

ORDERED that the parties' stipulation is approved and the Clerk of the Court is directed to close this civil action administratively subject to reopening for good cause pursuant to the stipulation and D.C.COLO.LCivR 41.2.

DATED: January 23, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge