**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01798-JLK

BRAD E. PRITCHARD

      Plaintiff,

v.

VOLUNTARY PLAN ADMINISTRATORS, INC.,   d/b/a VPA;
AGILENT TECHNOLOGIES, INC. DISABILITY PLAN
 formerly known as the Agilent Technologies, Inc. Income Protection Plan;
AGILENT TECHNOLOGIES, Inc.; and
AGILENT TECHNOLOGIES, INC. EMPLOYEE HEALTH BENEFITS PLAN,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Stipulation For Dismissal With Prejudice (doc. #29), filed May 4, 2009, it is

**ORDERED** that this civil action and all causes of action or claims which are or might have been asserted herein are **DISMISSED WITH PREJUDICE**, with the dismissal being subject to the terms of the parties' Confidential Settlement Agreement and Release with the dismissal not prejudicing any of the parties' rights reserved therein.  Each of the parties will pay the party's own costs and fees.

      DATED:  May 4, 2009

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT